%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| BENNY LAW BOON LENG | Case Number: CR-05-00052-001 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **BENNY LAW BOON LENG** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

8:1324(a)(2)(B)(ii), 18:2 & 6:251 & 557 - ALIEN SMUGGLING (COUNTS 1 and 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | _/s/ Marilyn B. Alcon_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/22/2005     Hagatna, Guam |
| Title of Issuing Officer | Date     Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

RETURNED UNEXECUTED

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |