**FILED**
**DISTRICT COURT OF GUAM**
JUN 29 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of _____ GUAM

DISTRICT COURT OF GUAM
RECEIVED
22 JUN 2005 14 00 01

UNITED STATES OF AMERICA

V.

LAW LI MEI

**WARRANT FOR ARREST**

Case Number: CR-05-00052-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LAW LI MEI _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

8:1324(a)(2)(B)(ii), 18:2 & 6:251 & 557 - ALIEN SMUGGLING (COUNTS 1 and 2)

in violation of Title _____ United States Code, Section(s) _____

MARILYN B. ALCON
Name of Issuing Officer

Marilyn B. Alcon
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

6/22/2005
Date

Hagatna, Guam
Location

ORIGINAL

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

RETURNED UNEXECUTED

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |